**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 12, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00503-CV

---

### IN RE KURARAY AMERICA, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-62973**

---

## MEMORANDUM OPINION

Relator Kuraray America, Inc. filed a petition for writ of mandamus and emergency motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Lauren Reeder, presiding judge of the 234th District Court of Harris County, to "vacate its June 25 and August 19, 2021 orders, deny Plaintiffs' and Providers' Motions to Quash Production, and grant Kuraray

America's Motion to Reconsider Production of Medical Reimbursement Discovery and to Compel."

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Additionally, our October 14, 2021 stay is lifted.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.